## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRIAN RICHARDSON, et al.,** | : | CIVIL ACTION |
| Plaintiffs | : | |
| | : | |
| vs. | : | NO. 15-6325 |
| | : | |
| **VERDE ENERGY USA, INC.,** | : | |
| Defendant | : | |

### O R D E R

**AND NOW,** this   24th   day of August, 2016, upon consideration of the defendant's motion for a stay of this action (Document #8), and the plaintiffs' response thereto (Document #14), IT IS HEREBY ORDERED that the motion is DENIED.

BY THE COURT:

  /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.