IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRIAN RICHARDSON, et al.,** | : | **CIVIL ACTION** |
| **Plaintiffs** | : | |
| | : | |
| **vs.** | : | **NO. 15-6325** |
| | : | |
| **VERDE ENERGY USA, INC.,** | : | |
| **Defendant** | : | |

## O R D E R

**AND NOW,** this 19th day of December, 2016, upon consideration of the defendant's motion to dismiss the plaintiffs' amended complaint (Document #17), and the plaintiffs' response thereto (Document #19), IT IS HEREBY ORDERED that the motion is DENIED in part, and GRANTED in part.

IT IS FURTHER ORDERED that the plaintiffs' claim for attorneys' fees is DISMISSED. The motion is DENIED in all other aspects.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.