# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN RICHARDSON *et al.*, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | No. 5:15-cv-06325-LS |
| v. | |
| VERDE ENERGY USA, INC., | |
| Defendant. | |
| DONNA SCHLEY, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | No. 2:17-cv-00887-LS |
| v. | |
| VERDE ENERGY USA, INC., | |
| Defendant. | |

## DECLARATION OF MITEN BHADANIA

I, Miten Bhadania, hereby declare and state as follows:

1.      I make this Declaration in connection with the above-captioned case, raising, among other things, alleged violations of the Telephone Consumer Protection Act ("TCPA") resulting from telemarketing calls allegedly made on behalf of Verde Energy USA, Inc. ("Verde") and in support of Verde's Motion for Summary Judgment.

2.      I make this Declaration based on my personal knowledge, my experience and my review and knowledge of business operations and records.  If called to testify, I would be competent to testify as set forth herein.

3.      I hold a Bachelor's Degree in Computer Engineering granted by Sardar Patel University in July, 2011. I also hold a Master's Degree in Computer Science granted by Southern Methodist University in May, 2015.

4.      I am employed by Fluent, LLC (f/k/a Fluent, Inc.) ("Fluent") and have been employed by Fluent for almost 2 years. Verde is a customer of Fluent. Verde utilizes Fluent to obtain customer leads.

5.      I am currently a Computer Systems Engineer for Fluent and I am responsible for system maintenance and tech support. Together with other members of Fluent, I have designed and developed various modules for Fluent's proprietary lead generation system ("System").

6.      Through my employment and duties with Fluent, I am familiar with the consumer facing websites operated by Fluent and its wholly owned subsidiaries, the System and Fluent's database of the System and user information ("Database").

7.      Fluent and/or its wholly owned subsidiaries, own and operate various websites which, among other things, help locate users who consent to receive calls regarding Verde.

8.      Fluent maintains a database of user information that tracks what online users do and what information the users provide while on websites owned by, or affiliated with, Fluent.

9.      If an online user expressly consents to receiving phone calls regarding Verde while on one of Fluent's websites and meets other targeting and selection criteria, Fluent provides that user's contact information to Verde's marketing group.

10.     Fluent maintains the Database in the ordinary course of its business operations and as part of its business records.

11.     When a user accesses one of the consumer websites operated by Fluent, the System assigns a unique identification to that person, in real time, in the Database and then

2

contemporaneously stores certain information about the person including their IP address.  The System then displays a series of webpages based on the information supplied by the person and records both what was displayed and the person's inputs and responses in the Database.

      12.    I have researched and reviewed the information stored in the Database with respect to Brian Richardson ("User") who visited and used a Fluent website on October 29, 2015.



















I declare under penalty of perjury that the foregoing is true and correct.

_____

Miten Bhadania

Sworn before me this _1st_ day
of December, 2017

Notary Public

Daniel J. Barsky
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02BA6119025
Qualified in New York County
Commission Expires Nov. 22, 20 20

10