# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRIAN RICHARDSON, MICHELLE HUNT, JOHN WHITE AND JACQUELINE BOWSER,**<br>           Plaintiffs,<br><br>v.<br><br>**VERDE ENERGY USA, INC.,**<br>           Defendant. | **CIVIL ACTION**<br><br><br><br>**NO. 15-6325** |

## O R D E R

**AND NOW**, this 14th day of December, 2018, upon consideration of Defendant's Motions for Partial Summary Judgment (ECF Nos. 73 & 75) and briefing in support thereof, and Plaintiffs' briefing in opposition thereto, **IT IS HEREBY ORDERED** that:

1.  Defendant's motion is **GRANTED** as to Plaintiffs' claims based on Defendant's alleged used of an "automatic telephone dialing system." Plaintiffs' claims based on Defendant's alleged used of an "automatic telephone dialing system" will therefore be **DISMISSED WITH PREJUDICE**.

2.  Defendant's motion is **GRANTED** as to Plaintiffs' claims based on those calls placed on:

    a.  October 26, 2015 to Plaintiff Hunt;
    b.  May 13, 2016 to Plaintiff Villiger; and
    c.  November 18, 2015 to Plaintiff Bowser;

    Plaintiffs' claims based on the aforementioned calls will therefore be **DISMISSED WITH PREJUDICE**.

3.  Defendant's motion is **DENIED** as to Plaintiffs' claims based on the alleged use of an artificial or prerecorded voice for the remainder of the calls placed to Plaintiffs.

4.  Defendant's motion is **DENIED** as to the remainder of Plaintiff Richardson's claims.

**IT IS FURTHER ORDERED** that, upon consideration of Defendant's Motion to Strike Class Allegations (ECF No. 74) and briefing in support thereof, and Plaintiffs' briefing in opposition thereto, Defendant's motion is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion to Preclude Filing of Certain Reply Briefs (ECF No. 77) is **DENIED AS MOOT**.

                          **BY THE COURT:**

                          **/S/WENDY BEETLESTONE, J.**

                          **WENDY BEETLESTONE, J.**