## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRIAN RICHARDSON, MICHELLE HUNT, JOHN WHITE AND JACQUELINE BOWSER,**<br>　　　　**Plaintiffs,**<br><br>　　v.<br><br>**VERDE ENERGY USA, INC.,**<br>　　　　**Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO. 15-6325** |

### O R D E R

**AND NOW**, this 23rd day of September, 2019, upon consideration of Plaintiffs' Consent Motion for Preliminary Approval for Class Action Settlement (ECF 125), and pursuant to the Oral Opinion issued at today's hearing, Plaintiffs' motion is **DENIED**.

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　**/s/Wendy Beetlestone, J.**

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**